

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DONALD MASCIO
#B15769

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2262
JUDGE ST. EVE
MAG. JUDGE BROWN

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

CORRECTIONAL OFFICER (C/O) HALL,
C/O HORTON
C/O HOVEL
TYLER BROWN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: DONALD MASCIO

   B. List all aliases: "N/A"  "N/A"

   C. Prisoner identification number: B15769

   D. Place of present confinement: Pontiac C.C.

   E. Address: P.O. Box 99 · Pontiac, IL. 61764

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: c/o Hall; c/o Hovel; c/o Horton

   Title: deputy/correctional officers

   Place of Employment: Division Nine 2650 S. California Ave. Chicago, IL. 60608

   B. Defendant: Tyler Brown

   Title: Inmate

   Place of Employment: (N/A) Jailed at: 2650 S. California Ave. Chicago, IL. 60608

   C. Defendant: —

   Title: —

   Place of Employment: —

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 07-740-WDS

B. Approximate date of filing lawsuit: 10-22-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DONALD MASCIO

D. List all defendants: M. Redman; J. Kidd; M. Edwards; E. Holt and other unknown defendants

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist. Crt. - Southern Dist. of IL, Benton Division

F. Name of judge to whom case was assigned: Honorable Judge (Mr.) William D. Stiehl

G. Basic claim made: Double Jeopardy principles assulted, state and federal civil rights violations, ect..

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: 11-09

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 7-20-06 I was attacked by Resident TYLER BROWN while at the COOK CO. JAIL (I was later sentenced for Robbery on 9-11-06). Defendant TYLER BROWN had no reason to be assigned to be on the "Medical Deck" (Division 9-2A), for the "Medical Deck" is for Residents on psychotrophic medication, physical therapy, ect.. About 2:30pm, at lock-up time, Resident Brown spit in my face (when the CO let them out for a shower) TYLER and his cellie "C-I" (of the Cicero Insanes) conspired with CO Horton to attack me. CO Horton ordered all inmates out of their cells and I left my shirt in my cell, but CO Horton acted strange, began to ignore me, being aware of what was about to happen. I discussed these events with my 'cellie' (Jose Salsado) while in the shower area and I told him that defendant Brown ("Ghost of the unknown Vice-Lords) had disrespected me and spit in my face. BROWN then told me to lick the spit off my face and I'd like it and he began to laugh. Jose also knew that

4

Revised 9/2007

Brown was going to attack me so he got the cell door locked behind him by c/o's Horton & Halvo. While I was talking to Jose, Halvo called another inmate (David) out for an "fake" attorney visit, then Halvo called out into the hallway my 'cellie' Jose and they began talking. Not aware of my surroundings and the pending attack, when my cellie left the shower area, Resident/Defendant Brown attacked me while c/o Horton was asleep in the guard tower. I did see Halvo & my cellie and David talking together (although he [David] was suppose to be on a visit). During Brown's attack on me he cut my nose and upper lip when he ran upon me, asking me if "I'm ready now." The aftermath was so bad (that I was so dazed) that when c/o Hall came on the scene that she said (what happened?) that we'll just write down that I walked into a wall (thus conspiring to cover-up the premeditated attack and thus conspiring to violate my state and civil rights to be free from the intentional sadistical & malicious affliction of pain and suffering and mental anguish that I endured during (and following) this attack. This was also failure to protect as stated by law

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. TO CRIMINALLY CHARGE TYLER BROWN FOR the ATTACK ON ME (FOR I WAS dazed ANd Never Able to Retaliate ANd defend MYself.
B. TO SUE THE OTHER 3 - defendants FOR $125,000 IN Punative, NomiNAL ANd compensatory damages (JoiNtly ANd severcy) FoR their Roles IN The stated VioLAtions ANd to Receive ANY other Relief This court sees Just ANd Fit.

VI.   The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __Feburay__, 20_08_

X __Donald Mascio__
(Signature of plaintiff or plaintiffs)

__Donald MASCIO__
(Print name)

__B15769__
(I.D. Number)

__Pontiac C.C. P.O. Box 99__
__Pontiac, IL. 61764__
(Address)

6

## AFFIDAVIT OF SERVICE

I, **Donald Mascio**, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at **Pontiac** Correctional Center, **Pontiac** Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this **4th** day of **April**, 20**08**.

_Donald Mascio_
Signature

## VERIFICATION

I, **Donald Mascio**, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_Donald Mascio_
(Your signature)

IN THE
OFFICE OF THE UNITED STATES DISTRICT COURT
UNITED STATES COURT HOUSE NORTHERN EASTERN DIST.

DONALD MASCIO )
Plaintiff/Petitioner )
)
 Vs. )
CORRECTIONAL OFFICER C/O HALL, ) No. _____
C/O HORTON, C/O HOVEL, TYLER BROWN )
Defendant/Respondent )

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK MICHAEL W. DOBBINS    TO: _____
UNITED STATES DIST. COURT
219 SOUTH DEARBORN STREET
CHICAGO ILL. 60604

PLEASE TAKE NOTICE that on APRIL 14, 2008, I placed the documents listed below in the institutional mail at PONTIAC Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service 42 U.S.C COMPLAINT UNDER THE CIVIL RIGHTS ACT.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: APRIL 14, 2008

/s/ Donald Mascio
Name: DONALD D MASCIO
IDOC No. B15769
PONTIAC Correctional Ctr.
POB 99
PONTIAC, IL 61764