**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

08CV2262
JUDGE ST. EVE
MAG. JUDGE BROWN

**Plaintiff(s):** DONALD MASCIO

**Defendant(s):** ~~G. HALL~~, etc., et al.

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**

Donald Mascio
B-15769
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**

FILED
JN
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes  [ ] No

**Signature:** *A. E. Woodham*   **Date:** 04/21/2008

*Can not be Castillo*