7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Donald Mascio
Plaintiff #B15769

v.

c/o Hall et al
Defendant(s)

08CV2262
JUDGE ST. EVE
MAG. JUDGE BROWN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Donald Mascio, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # B15769 Name of prison or jail: Pontiac Correctional Center
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____ NONE _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-18-08

_Donald Mascio_
Signature of Applicant

DONALD MASCIO
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein _Donald Mascio_, I.D.# _B15769_, has the sum of $ _2.00_ on account to his/her credit at (name of institution) _Pontiac Corr. Center_
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _8.87_.
(Add all deposits from all sources and then divide by number of months).

1-25-08
DATE

_Janet Jones_
SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

Rev. 7/18/02

## CERTIFICATE

(THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER)

Name of Plaintiff/Petitioner: DONALD MASCIO

Institution where confined: Pontiac Correctional Center

Register number: #B15764

---

(Instructions: This section is for completion by an authorized officer of the above-named institution only. The plaintiff/petitioner may not write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above. If the plaintiff/petitioner is confined in the Illinois Department of Corrections, you are further requested to attach a print-out of all transactions for this person's account for the past six months.)

I hereby certify that __Donald Mascio__ currently has the sum
(Name of plaintiff/petitioner)

$ -29.16 on account to his credit at __Pontiac Corr Center__
(Institution where confined)

In the first calendar month immediately preceding the date
of this certificate, plaintiff/petitioner had a maximum balance of          $_____
..........................................and a minimum balance of                            $_____
In the second calendar month, had a maximum balance of                 $_____
..........................................and a minimum balance of                            $_____
In the third calendar month, had a maximum balance of                    $_____
..........................................and a minimum balance of                            $_____

I certify that the plaintiff/petitioner likewise has the following securities to his credit according to the records of the institution.

DATED: 4/9/08                    __Janet Jones__
                                            Signature of Authorized Officer
                                            of the above Institution

(Rev. 1/93)                             - 3 -

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 07/15/2007 thru End;   Inmate: B15769;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B15769 Mascio, Donald                **Housing Unit:** PON-N -05-04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 46.97 |
| 07/30/07 | Disbursements | 99 Transfer Inmate | 211320 | Chk #63937 | Menard CC, Inv. Date: 07/30/2007 | -45.97 | .00 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257262 | 710528 | Mascio, Mary | 10.00 | 10.00 |
| 10/10/07 | Mail Room | 04 Intake and Transfers In | 283225 | 82044 | Menard C.C. | 12.37 | 22.37 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284225 | 725665 | Mascio, Mary | 10.00 | 32.37 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519485, DOC - Library Copies, Inv. Date: 10/03/2007 | -.35 | 32.02 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518381, DOC - Library Copies, Inv. Date: 09/20/2007 | -4.00 | 28.02 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519774, DOC - Library Copies, Inv. Date: 10/10/2007 | -.10 | 27.92 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 520159, DOC - Library Copies, Inv. Date: 10/11/2007 | -1.05 | 26.87 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 520242, DOC - Library Copies, Inv. Date: 10/12/2007 | -1.80 | 25.07 |
| 10/15/07 | Disbursements | 90 Medical Co-Pay | 288320 | Chk #64701 | 518909, DOC: 523 Fund Reimburs, Inv. Date: 09/26/2007 | -2.00 | 23.07 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519636, Pitney Bowes Bank, Inc, Inv. Date: 10/09/2007 | -.41 | 22.66 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518224, Pitney Bowes Bank, Inc, Inv. Date: 09/20/2007 | -.80 | 21.86 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519347, Pitney Bowes Bank, Inc, Inv. Date: 10/03/2007 | -.58 | 21.28 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518226, Pitney Bowes Bank, Inc, Inv. Date: 09/20/2007 | -2.16 | 19.12 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519928, Pitney Bowes Bank, Inc, Inv. Date: 10/10/2007 | -.41 | 18.71 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519942, Pitney Bowes Bank, Inc, Inv. Date: 10/10/2007 | -1.48 | 17.23 |
| 10/18/07 | Point of Sale | 60 Commissary | 291767 | 256257 | Commissary | -15.41 | 1.82 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 520591, Pitney Bowes Bank, Inc, Inv. Date: 10/18/2007 | -1.82 | .00 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317262 | 737780 | Mascio, Mary | 10.00 | 10.00 |
| 12/04/07 | Mail Room | 04 Intake and Transfers In | 338262 | 82848 | Menard C.C. | .85 | 10.85 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 521896, DOC - Library Copies, Inv. Date: 11/01/2007 | -.20 | 10.65 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 520693, DOC - Library Copies, Inv. Date: 10/18/2007 | -.30 | 10.35 |
| 12/12/07 | Disbursements | 82 Debts due to State (non-postage) | 346320 | Chk #65375 | 521277, DOC: 523 Fund Reimburs, Inv. Date: 10/25/2007 | -5.00 | 5.35 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521810, Pitney Bowes Bank, Inc, Inv. Date: 11/01/2007 | -.41 | 4.94 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 522055, Pitney Bowes Bank, Inc, Inv. Date: 11/05/2007 | -2.67 | 2.27 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 522441, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 1.86 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521699, Pitney Bowes Bank, Inc, Inv. Date: 10/31/2007 | -.41 | 1.45 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521380, Pitney Bowes Bank, Inc, Inv. Date: 10/26/2007 | -.41 | 1.04 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521960, Pitney Bowes Bank, Inc, Inv. Date: 11/02/2007 | -.41 | .63 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521385, Pitney Bowes Bank, Inc, Inv. Date: 10/26/2007 | -.41 | .22 |

```
Date:  4/9/2008                                      Pontiac Correctional Center                                         Page 1
Time:  8:50am                                                Trust Fund
d_list_inmate_trans_statement_composite                Inmate Transaction Statement
```

REPORT CRITERIA - Date: 10/09/2007 thru End;    Inmate: B15769;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B15769 Mascio, Donald**                                    **Housing Unit: PON-W -06-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 10.00 |
| 10/10/07 | Mail Room | 04 Intake and Transfers In | 283225 | 82044 | Menard C.C. | 12.37 | 22.37 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284225 | 725665 | Mascio, Mary | 10.00 | 32.37 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519485, DOC - Library Copies, Inv. Date: 10/03/2007 | -.35 | 32.02 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518381, DOC - Library Copies, Inv. Date: 09/20/2007 | -4.00 | 28.02 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519774, DOC - Library Copies, Inv. Date: 10/10/2007 | -.10 | 27.92 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 520159, DOC - Library Copies, Inv. Date: 10/11/2007 | -1.05 | 26.87 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 520242, DOC - Library Copies, Inv. Date: 10/12/2007 | -1.80 | 25.07 |
| 10/15/07 | Disbursements | 90 Medical Co-Pay | 288320 | Chk #64701 | 518909, DOC: 523 Fund Reimburs, Inv. Date: 09/26/2007 | -2.00 | 23.07 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519636, Pitney Bowes Bank, Inc, Inv. Date: 10/09/2007 | -.41 | 22.66 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518224, Pitney Bowes Bank, Inc, Inv. Date: 09/20/2007 | -.80 | 21.86 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519347, Pitney Bowes Bank, Inc, Inv. Date: 10/03/2007 | -.58 | 21.28 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518226, Pitney Bowes Bank, Inc, Inv. Date: 09/20/2007 | -2.16 | 19.12 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519928, Pitney Bowes Bank, Inc, Inv. Date: 10/10/2007 | -.41 | 18.71 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519942, Pitney Bowes Bank, Inc, Inv. Date: 10/10/2007 | -1.48 | 17.23 |
| 10/18/07 | Point of Sale | 60 Commissary | 291767 | 256257 | Commissary | -15.41 | 1.82 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 520591, Pitney Bowes Bank, Inc, Inv. Date: 10/18/2007 | -1.82 | .00 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317262 | 737780 | Mascio, Mary | 10.00 | 10.00 |
| 12/04/07 | Mail Room | 04 Intake and Transfers In | 338262 | 82848 | Menard C.C. | .85 | 10.85 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 521896, DOC - Library Copies, Inv. Date: 11/01/2007 | -.20 | 10.65 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 520693, DOC - Library Copies, Inv. Date: 10/18/2007 | -.30 | 10.35 |
| 12/12/07 | Disbursements | 82 Debts due to State (non-postage) | 346320 | Chk #65375 | 521277, DOC: 523 Fund Reimburs, Inv. Date: 10/25/2007 | -5.00 | 5.35 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521810, Pitney Bowes Bank, Inc, Inv. Date: 11/01/2007 | -.41 | 4.94 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 522055, Pitney Bowes Bank, Inc, Inv. Date: 11/05/2007 | -2.67 | 2.27 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 522441, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 1.86 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521699, Pitney Bowes Bank, Inc, Inv. Date: 10/31/2007 | -.41 | 1.45 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521380, Pitney Bowes Bank, Inc, Inv. Date: 10/26/2007 | -.41 | 1.04 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521960, Pitney Bowes Bank, Inc, Inv. Date: 11/02/2007 | -.41 | .63 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 521385, Pitney Bowes Bank, Inc, Inv. Date: 10/26/2007 | -.41 | .22 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008262 | 745419 | Mascio, Mary | 10.00 | 10.22 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 522144, DOC: Library Copies, Inv. Date: 11/05/2007 | -.90 | 9.32 |
| 01/15/08 | Disbursements | 90 Medical Co-Pay | 015320 | Chk #65579 | 522305, DOC: 523 Fund Reimburs, Inv. Date: 11/06/2007 | -2.00 | 7.32 |

| Date: | 4/9/2008 | | | | Pontiac Correctional Center | | | Page 2 |
| Time: | 8:50am | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 10/09/2007 thru End; Inmate: B15769; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B15769 Mascio, Donald**                     **Housing Unit: PON-W -06-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527843, Pitney Bowes Bank, Inc, Inv. Date: 01/07/2008 | -1.14 | 6.18 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 528202, Pitney Bowes Bank, Inc, Inv. Date: 01/10/2008 | -.41 | 5.77 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 528083, Pitney Bowes Bank, Inc, Inv. Date: 01/09/2008 | -.41 | 5.36 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 522562, Pitney Bowes Bank, Inc, Inv. Date: 11/09/2007 | -.41 | 4.95 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 522445, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 4.54 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 522443, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 4.13 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 522444, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 3.72 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 528012, Pitney Bowes Bank, Inc, Inv. Date: 01/08/2008 | -1.14 | 2.58 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 528383, Pitney Bowes Bank, Inc, Inv. Date: 01/14/2008 | -.58 | 2.00 |
| 02/08/08 | Disbursements | 73 Court Ordered Fees | 039320 | Chk #65926 | 0009807, Clerk-Southern Distri, Inv. Date: 12/04/2007 | -2.00 | .00 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 067262 | 755815 | Mascio, Mary | 10.00 | 10.00 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 529731, Pitney Bowes Bank, Inc, Inv. Date: 01/29/2008 | -.41 | 9.59 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 529558, Pitney Bowes Bank, Inc, Inv. Date: 01/28/2008 | -1.31 | 8.28 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 528799, Pitney Bowes Bank, Inc, Inv. Date: 01/17/2008 | -1.31 | 6.97 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 529130, Pitney Bowes Bank, Inc, Inv. Date: 01/23/2008 | -1.14 | 5.83 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 529006, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2008 | -.41 | 5.42 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 529427, Pitney Bowes Bank, Inc, Inv. Date: 01/25/2008 | -.17 | 5.25 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 528631, Pitney Bowes Bank, Inc, Inv. Date: 01/16/2008 | -5.18 | .07 |
| 03/18/08 | Mail Room | 01 MO/Checks (Not Held) | 078262 | 11368103196 | Jesiolowski, Karen | 20.00 | 20.07 |
| 03/25/08 | Mail Room | 04 Intake and Transfers In | 085225 | 84753 | Menard C.C. | 17.22 | 37.29 |

|  |  |
|---|---|
| Total Inmate Funds: | 37.29 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 66.45 |
| Funds Available: | -29.16 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/18/2008 | 528979 | Disb | Library Copies | 2 DOC: 523 Fund Library | $3.90 |

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/09/2007 thru End; Inmate: B15769; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B15769 Mascio, Donald**　　　　　　　　**Housing Unit: PON-W -06-20**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/23/2008 | 529128 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.60 |
| 01/23/2008 | 529178 | Disb | Library Copies | 2 DOC: 523 Fund Library | $7.00 |
| 01/23/2008 | 529224 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 01/23/2008 | 529225 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 01/28/2008 | 529661 | Disb | Library Copies | 2 DOC: 523 Fund Library | $1.40 |
| 01/30/2008 | 529919 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.60 |
| 01/30/2008 | 530002 | Disb | Library Copies | 2 DOC: 523 Fund Library | $4.20 |
| 02/07/2008 | 530565 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 02/11/2008 | 530744 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.60 |
| 02/11/2008 | 530878 | Disb | Library Copies | 2 DOC: 523 Fund Library | $5.50 |
| 02/13/2008 | 530943 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 02/21/2008 | 531585 | Disb | ID's Keys Locks | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| 02/29/2008 | 532348 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.97 |
| 03/05/2008 | 532613 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.97 |
| 03/05/2008 | 532614 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.97 |
| 03/05/2008 | 532699 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.25 |
| 03/11/2008 | 533119 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 03/13/2008 | 533380 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.45 |
| 03/14/2008 | 533407 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.80 |
| 03/14/2008 | 533415 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.80 |
| 03/14/2008 | 533486 | Disb | Library Copies | 2 DOC: 523 Fund Library | $3.30 |
| 03/24/2008 | 534167 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 03/25/2008 | 534300 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 03/25/2008 | 534305 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.97 |
| 03/25/2008 | 534306 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 03/26/2008 | 534395 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.30 |
| 03/28/2008 | 534676 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.30 |
| 03/31/2008 | 534713 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 03/31/2008 | 534714 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 04/01/2008 | 534845 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 04/03/2008 | 535066 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.15 |
| 04/04/2008 | 535112 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.31 |
| 04/07/2008 | 535150 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 04/07/2008 | 535151 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 04/07/2008 | 535152 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.97 |
| 04/09/2008 | 535373 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $0.45 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total Restrictions:**　　**$66.45**