U.S. DISTRICT COURT NORTHERN DISTRICT

~~THE CIRCUIT COURT FOR THE~~ _____ ~~JUDICIAL COURT~~
_____ ~~COUNTY, ILLINOIS~~

Donald Mascio
_____
Petitioner

v.

C/O Hall et al
_____
Respondent

08CV2262
JUDGE ST. EVE
MAG. JUDGE BROWN

**FILED**

APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), **Donald Mascio**, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since **December 05, 2005**, and am presently held in custody and residing at the **Pontiac** Correctional Center in **Pontiac**, Illinois, County of **Livingston**.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
   _____
   _____

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
   **File Grievance Denied on the Institution Level and in Springfield**

WHEREFORE, (Petitioner/Respondent) **Donald Mascio**, respectfully requests that counsel be appointed to represent (him/her) in this matter.

**Donald Mascio**
(Your Signature)

Type or print name **Donald Mascio**
Register number **# B15764**
**Pontiac** Correctional Center
Box **99**
**Pontiac**, Illinois **61764**
(Petitioner/Respondent), Pro Se

Revised Jan 2002