CH

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Donald Mascio | 08C2262   08 c 2262 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Hall, et al. | S/C |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Correctional Officer Hall, Cook county Jail, Division 9 |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | CCJ, C/O Legal Dept. 2700 S. California Ave., 2nd. Flr. Div. 5, Chicago, IL 60608 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Donald Mascio, B15769 Pontiac Correctional Center P.O. Box 99, Pontiac-PON Pontiac, Il 61764 | Number of process to be served with this Form - 285 : **1** |
| | Number of parties to be served in this case : **3** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                      Fold

**FILED**

MAY 1 3 2008 PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 05-05-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|
| | 1 of 3 | No. 24 | No. 24 | | TD | 05-05-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) NOT SERVED | | Date of Service 5/08/08   Time 11:00 am ☒ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96 00 | 7-76 | — | 103.76 | — | 103.76 | — |

REMARKS: To many officer Hall's working at Cook County.
1- OUSM 16-miles.
2- Hours

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

(DISTRICT)

## Waiver of Service of Summons

**TO: Donald Mascio**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Correctional Officer Hall _____ acknowledge receipt of your request that I waive

(DEFENDANT NAME)

service of summons in the action of  Donald Mascio vs. Officer Hall, et al. _____

(CAPTION OF ACTION)

which is case number  08C2262 _____ in the United States District Court for the

(DOCKET NUMBER)

Northern District of  Illinois _____ .

(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after  May 05, 2008 _____

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____          _____
DATE                                                    SIGNATURE

Printed/Typed Name: _____

As _____ of _____
TITLE                                         CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Donald Mascio

plaintiff
vs.

Officer Hall, et al
        Defendant

**CASE NUMBER**: 08 cv 2262

**JUDGE**: St. Eve

**TO:**    Officer Hall

        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name    Donald Mascio - B-15769
Address:  P.O. Box 99, Pontiac - Pon
City:      Pontiac, IL 61764

an answer to the complaint which is herewith served upon you, within **[20]** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: M. Cowan
        Deputy Clerk

Dated: 5/2/08

| RETURN OF SERVICE | |
| --- | --- |
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
| --- | --- | --- |
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

| DECLARATION OF SERVER |
| --- |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                       Signature of Server

                                        _____
                                        Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 08/00)

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBER:

ASSIGNED JUDGE:

V.

DESIGNATED
MAGISTRATE JUDGE:

NAME OF PARTY OR PARTIES:

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____          _____
Date                                          Signature

Note:    Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2262 | **DATE** | May 1, 2008 |
| **CASE TITLE** | Donald Mascio (B-15769) v. Officer Hall, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court orders the trust fund officer at Plaintiff's current place of incarceration to deduct $ 1.77 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Pontiac Correctional Center. The Clerk shall issue summonses to defendants Hall, Horton, and Hovel and attach a Magistrate Judge Consent Form to the summons for each defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order. Plaintiff's motion for appointment of counsel [4] is denied. Defendant Tyler Brown is dismissed from this action.

■ [For further details see text below.]                                    Docketing to mail notices.

## STATEMENT

Plaintiff Donald Mascio is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $ 1.77. The trust fund officer at Plaintiff's current place of incarceration is ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action.

Plaintiff alleges that while he was detained at Cook County Jail, another inmate, defendant Tyler Brown, attacked him. He claims that correctional officers at the jail failed to protect him from this assault and then conspired to cover it up. Plaintiff seeks money damages from the three correctional officers and asks that defendant Brown be criminally charged for the attack.

Plaintiff states a colorable claim in regard to the officers and will be allowed to proceed against them.

| | | Courtroom Deputy Initials: | CLH |
|---|---|---|---|

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK

BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: 5/12/08

Page 1 of 2

## STATEMENT

However, in any action brought under §1983, the alleged violator of the plaintiff's constitutional rights must have acted under color of state law. *See Monroe v. Pape*, 365 U.S. 167, 183-87 (1961). Inmate Brown is not a state actor. A suit pursuant to §1983 therefore cannot be maintained against him. *See, e.g., Bowman v. City of Franklin*, 980 F.2d 1104, 1107 (7th Cir. 1992); *Tunca v. Lutheran General Hosp.*, 844 F.2d 411, 413 (7th Cir. 1988).

Moreover, the only relief Plaintiff seeks in regard to inmate Brown is to have him prosecuted. However, only the State's Attorney has the authority to prosecute and to determine when and what to prosecute. *See Leeke v. Timmerman*, 454 U.S. 83 (1981); *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973). This Court therefore cannot provide Plaintiff with the relief he seeks against inmate Brown.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the prisoner correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee who can no longer be found at the work address provided by Plaintiff, the Cook County Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

The Court denies Plaintiff's motion for appointment of counsel without prejudice for failure to make a showing that he "has made reasonable efforts to retain counsel and was unsuccessful or that the indigent was effectively precluded from making such efforts." *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), *quoting Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992).

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DONALD MASCIO
#B15769

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CORRECTIONAL OFFICER(C/O) HALL,

c/o HORTON

c/o HOVEL

TYLER BROWN

---

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

# 08C 2262

Case No: _____
(To be supplied by the Clerk of this Court)

JUDGE AMY ST. EVE

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _Donald Mascio_

B.    List all aliases: _"N/A" "N/A"_

C.    Prisoner identification number: _B15769_

D.    Place of present confinement: _Pontiac C.C.,_

E.    Address: _P.O. Box 99. Pontiac, IL. 61764_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _c/o Hall; c/o Hovel; c/o Horton_

Title: _deputy/correctional officers_

Place of Employment: _DIVISION NINE 2650 S. California Ave. Chicago, IL. 60608_

B.    Defendant: _Tyler Brown_

Title: _Inmate_

Place of Employment: _(N/A) JAILED AT: 2650 S. California Ave. Chicago, IL. 60608_

C.    Defendant: _—_

Title: _—_

Place of Employment: _—_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   . Name of case and docket number: _____07-740-WDS_____

B.   Approximate date of filing lawsuit: _____10-22-07_____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
      _____DONALD MASCIO_____

D.   List all defendants: M. RedMAN ; J. Kidd ; M. EdwARds ;
      E. HOLT AND OTHER UNKNOWN defeNdANTS

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DIST. CRT. - SouTHERN DIST. OF IL, BENTON DIVISION

F.   Name of judge to whom case was assigned: HONORABLE Judge
      (MR.) WILLIAM D. STIEHL

G.   Basic claim made: DouBLE JeopARdY PRINCIPLES ASSULTED,
      STATE AND FedeRAL CIVIL RIghts VioLAfioNS, ecT.

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
      _____PENDING_____

I.   Approximate date of disposition: _____11-09_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 7-20-06 I WAS ATTACKED BY Resident TYLER BROWN WHILE AT THE COOK CO. JAIL (I WAS LATER sentenced FOR ROBBERY ON 9-11-06), Defendant TYLER BROWN HAD NO REASON TO BE ASSIGNED TO BE ON THE "MEDICAL DECK" (DIVISION 9-2A), FOR THE "Medical DECK" IS FOR Residents ON PSYCHOTROPHIC MEDICATION, PHYSICAL THERAPY, ect.. ABOUT 2:30ᵖᵐ AT LOCK-UP TIME, Resident BROWN SPIT IN MY FACE (when THE CO let THEM OUT FOR A SHOWER) TYLER AND HIS cellie "C-I" (OF THE CICERO INSANES) CONSPIRED with CO HORTON to ATTACK ME. CO HORTON ORDERED ALL INMATES OUT OF THEIR cells AND I LEFT MY Shirt IN MY Cell, BUT CO HORTON ACTED STRANGE & BEGAN TO IGNORE ME, BEING AWARE OF what WAS ABOUT TO HAPPEN, I discussed these events with MY 'cellie' (JOSE SALSADO) while IN THE SHOWER AREA AND I told HIM THAT defendant BROWN ("GHOST OF THE UNKNOWN VICE-LORDS) HAD disrespected me AND SPIT IN MY FACE. BROWN THEN TOLD ME TO LICK The SPIT OFF MY FACE AND I'D LIKE it AND He BEGAN TO LAUGH. JOSE ALSO KNEW THAT

4

Revised 9/2007

Brown was going to attack me so He got the cell door locked Behind Him BY c/o's Horton & Halvo. While I was talking to Jose, Halvo called Another Inmate (David) out for An "fake" Attorney visit, then Halvo called out into the Hallway My 'cellie' Jose And they began talking. Not Aware of My surroundings And the pending Attack, when My cellie Left the shower Area, Resident/Defendant Brown Attacked me while c/o Horton was Asleep in the guard tower. I did see Halvo & My cellie And David talking together (Although He [David] was suppose to be on a visit). During Brown's Attack on me He cut My nose And upper Lip When He ran upon me, Asking me if I'm Ready Now! THE AFTERMATH was so Bad (that I was so dazed) that when c/o Hall came on the scene that She said (what happened?) that well JUST write down that I walked into a wall (thus conspiring to cover-up the Premeditated Attack And thus conspiring to violate My state And civil Rights To be Free From THE Intentional sadistical & Malicious Affliction of PAIN And suffering And mental Anguish that I endured during (And Following) this Attack. This was Also Failure to Protect As Stated by Law

5

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. TO CRIMINALLY CHARGE TYLER BROWN FOR the ATTACK ON ME (FOR I was dazed And never Able to Retaliate And defend myself.

B. TO SUE THE OTHER 3- defendANTS FOR $125,000 IN PUNATIVE, NOMINAL ANd compensAtory dAMAgES (JOINTLY ANd severely) FOR their Roles IN The stated ViolAtioNS And to Receive ANY other Relief This court sees Just And Fit.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **25** day of **Febuary**, 20 **08**

X _Donald Mascio_
(Signature of plaintiff or plaintiffs)

_DONALD MASCIO_
(Print name)

_B15769_
(I.D. Number)

_Pontiac C.C. P.O. Box 99_
_PONTIAC, IL. 61764_
(Address)

6