## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DONALD MASCIO, # B15769 | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2262 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| CORRECTIONAL OFFICER (c/o) HALL, | ) | |
| C/O HORTON, C/O HOVEL, TYLER BROWN | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS OFFICER HORTON and OFFICER HOVEL's
### MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants OFFICER HORTON and OFFICER HOVEL by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Michael A Kuczwara Jr., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1.   That Defendant OFFICER HORTON and OFFICER HOVEL were served on MAY 8, 2008.

2.   On May 23, 2008, the undersigned has just been assigned this case and has filed his appearance on behalf of OFFICER HORTON and OFFICER HOVEL.

3.   The undersigned needs additional time to obtain records and prepare a responsive pleading to Plaintiff's complaint.

**WHEREFORE YOUR DEFEDANTS PRAY:**

1.   That this Honorable Court grant an enlargement of time up to and including June, 27, 2008 to answer or otherwise plead;

2. That this Honorable Court vacate any default, technical or otherwise;

3. That this Honorable Court grant any other relief it deems just.

          Respectfully Submitted,

          RICHARD A. DEVINE
          State's Attorney of Cook County

By: /s/Michael A. Kuczwara Jr.
     Michael A. Kuczwara Jr.
     500 Richard J. Daley Center
     Chicago, Illinois 60602
     (312) 603-3233