UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD MASCIO, # B15769 | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2262 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy J. St. Eve |
| CORRECTIONAL OFFICER (c/o) HALL, | ) | |
| C/O HORTON, C/O HOVEL, TYLER BROWN | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   Donald Mascio B -15769
Pontiac – Pon
P.O. Box 99
Pontiac, IL 61764

PLEASE TAKE NOTICE that on June 5, 2008 at 8:30 a.m., I shall appear before the Honorable Amy J. St. Eve in the courtroom usually occupied by her, Room 1241 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR TO OTHERWISE PLEAD.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By: *S/ Michael A. Kuczwara Jr.*
Michael A. Kuczwara Jr.
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3233

**CERTIFICATE OF SERVICE**

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on MAY 28, 2008.

*S/ Michael A. Kuczwara Jr.*
Michael A. Kuczwara Jr.