## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Donald Mascio

                 Plaintiff,

v.                                                Case No.: 1:08−cv−02262
                                                     Honorable Amy J. St. Eve

Officer Hall, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendants Officer Horton and Officer Hovel's motion for enlargement of time [12] is granted. Defendants Horton and Hovel have until 6/27/08 in which to answer or otherwise plead. No appearance is required on the noticed motion date of 6/5/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.