# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: Donald Mascio<br><br>　　　　　　v.<br><br>　　Officer Hall et. al. | Case Number:　08 C 2262 |
| | Judge:　Amy J. St. Eve |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Horton & Officer Hovel

SIGNATURE　/s/ Michael A. Kuczwara Jr. ARDC# 6281924

FIRM　COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS　RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP　CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281924 | TELEPHONE NUMBER<br>(312) 603-3233 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　　YES ☒　　NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　YES ☐　　NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　　YES ☒　　NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES ☒　NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐