NO. 08-CV-735

AC

Dear Clerk                                      June 20, 2008

My name is Donald Mascio B15769 have a change of <u>new address</u>:
Graham Corr. Center
P.O. Box 626 or 636
Hillsboro ILL. 62899

I got sentence to IDOC for a short period of time.

CASES:
① 08-CV-704
② 08-CV-2002 2262

FILED
JUN 2 4 2008  aew
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully Submitted
Donald Mascio