UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Donald Mascio
       Plaintiff,

v.                 Case No.: 1:08−cv−02262
                Honorable Amy J. St. Eve

Officer Hall, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Status hearing set for 8/7/2008 at 08:30 AM. Defendants' attorney should make arrangements for plaintiff Donald Mascio to appear via telephone for the 8/7/08 status hearing and should contact the courtroom deputy, 312/435−5879, by 4:00 p.m. on 8/6/08 to provide a contact number.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.