**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Donald Mascio

                Plaintiff,

v.                                         Case No.: 1:08−cv−02262
                                                    Honorable Amy J. St. Eve

Officer Hall, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/7/2008 and continued to 9/3/08 at 8:30 a.m. Defendants to answer or otherwise plead by 8/28/08. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Defendants' counsel is to make arrangements for plaintiff to appear via telephone for the next status hearing and should provide the courtroom deputy, 312/435−5879, with a contact number by 4:00 p.m. on 9/2/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.