

**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** August 1, 2008

**Re:** Case#08C2262

---

I am returning the attached case#08C2262 Donald Mascio vs. Officer Hall, et al. I did not receive the requested USM 285 form mailed on June 6, 2008 requesting the defendant's first name and /or badge number or physical description or the shift and location and time and date of incident in order to serve the process.

Tamar
Civil Process

**FILED**

AUG 05 2008
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

U.S. Department of Justice

United States marshals Service

*Northern District of Illinois*

219 South Dearborn St. Rm. 2444
Chicago, IL 60604
312-353-5290
312-353-5290

June 6, 2008

Donal Mascio, B-15769
Pontiac-PON
P.O. Box 99
Pontiac, IL 61764

## RETURN TO CIVIL DESK

COURT CASE NUMBER-08C2262

Your forms (s) are being returned to you for the following reason (s) checked. Please complete and return within **TEN (10)** days from the date of this letter. **We can not process your request without the requested information.**

_____ You have not filed your Summons and Complaint with the Clerk of the Court PRIOR to completing the USM-285 Form.
(To file your Summons and Complaint Contact the Clerk of the Court at 312-435-5691 219 S. Dearborn St. on the 20th floor)

_____ You have not completed a USM-285 Form (s) (Process Receipt and Return) for **each** defendant that you would like served. Enclosed is a USM-285 Form (s) with a return self-addressed stamped envelope. DO NOT REMOVE THE CARBONS FROM THE USM-285 FORM(S).

_____X_____ You did not include one or more of the following on the USM-285 Form:
  **X** The defendant (s) (the person who will be served) first and last name.
  \_\_The defendant (s) (the person who will be served) mailing address with zip code and apartment number if serving at a place of business include department.
  **(NO P.O. BOX ADDRESS ACCEPTED)**

2

\_\_\_\_\_The defendant (s) (the person who will be served) telephone number.

__X__ The defendant (the person who will be served) if a police officer badge or star number.

_____We have not received your pre- payment of $250.00 in the form of a cashier's check, certified check or money order made payable to the United States Marshals Service. Your request to file the amended motion in forma pauperis is denied which means you are financially responsible for payment of service.

_____You owe the United States Marshals Service $_____for service rendered. We only accept cashier's check, certified check or a money order made payable to the United States Marshals Service.

_____ You filed **FORMA PAUPERIS** and a certified copy of the order is needed.

_____ We need a certified & sealed copy of the Court order-Ordering the United States Marshals Service to serve the documents.

**ATTENTION: RETURN ONLY THE USM-285 FORM (S) ATTACHED. POSTAGE IS PRE-PAID ONLY FOR THOSE ITEMS ENCLOSED. IF ADDITIONAL ITEMS MUST BE RETURNED, PLACE IN A DIFFERENT ENVELOPE AND PAY POSTAGE; OTHERWISE, THE POST OFFICE WILL NOT FORWARD YOUR ENVELOPE AND THE UNITED STATES MARSHALS SERVICE IS NOT RESPONSIBLE FOR THE RETURN OF THE ENVELOPE.**

Civil Division
**UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF ILLINOIS**