

**Department of Justice**
United States Marshals Service
Northern District of Illinois



# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** August 1, 2008

**Re:** Case#08C2262

F I L E D
Aug 8. 2008
AUG 0 8 2008  Y M

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

I am returning the attached case#08C2262 Donald Mascio vs. Officer Hall, et al. I did not receive the requested USM 285 form mailed on June 6, 2008 requesting the defendant's first name and /or badge number or physical description or the shift and location and time and date of incident in order to serve the process.

Tamar

Civil Process

1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2262 | DATE | 5/28/2008 |
| CASE TITLE | Donald Mascio (B-15769) v. Officer Hall, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons to Officer Hall. When Plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify defendant Hall, such as a first name and/or badge number or a physical description or the shift and location and time and date of the incident.

Docketing to mail notices.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 6/2/08

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2262 | DATE | 5/28/2008 |
| CASE TITLE | Donald Mascio (B-15769) v. Officer Hall, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons to Officer Hall. When Plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify defendant Hall, such as a first name and/or badge number or a physical description or the shift and location and time and date of the incident.

Docketing to mail notices.

MICHAEL W. DOBBINS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 6/2/08

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

*ALIAS*

SUMMONS IN A CIVIL ACTION

Donald Mascio

vs.

Defendant

**CASE NUMBER:** 08cv2262

**JUDGE:** St. Eve

Officer Hall et al.

**TO:** Officer Hall

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name: Donal Mascio B-15769
Address: Pontiac - PON
P.O. Box 99
City: Pontiac, IL 61764

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: Gregory Young
Deputy Clerk

Dated: 6/2/08

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                              Signature of Server

                                    _____
                                    Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

*ALIAS*

SUMMONS IN A CIVIL ACTION

Donald Mascio

vs.

Defendant

**CASE NUMBER:** 08cv2262

**JUDGE:** St. Eve

Officer Hall et al.

**TO:** Officer Hall

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name: Donal Mascio B-15769
Address: Pontiac - PON
P.O. Box 99
City: Pontiac, IL 61764

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: Gregory Young
Deputy Clerk

Dated: 6/2/08

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate appropriate method of service:

[ ] Served personally upon the defendant. Place where served: _____ _____

_____ _____ _____ _____ _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

.... _____ _____ _____ _____

[ ] Returned unexecuted: _____ _____ _____ _____

[ ] Other (specify): _____ _____ _____ _____ _____

_____ _____ _____

_____ _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____ _____ _____ _____ _____
                Date                               Signature of Server

_____ _____

Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
MAY 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MJC

DONALD MASCIO
#B15769

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2262
JUDGE ST. EVE
MAG. JUDGE BROWN

vs.

CORRECTIONAL OFFICER (c/o) HALL,
c/o HORTON
c/o HOVEL
TYLER BROWN

Case No: _____
(To be supplied by the Clerk of this Court)

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A. Name: DONALD MASCIO

  B. List all aliases: "N/A"  "N/A"

  C. Prisoner identification number: B15769

  D. Place of present confinement: Pontiac C.C.

  E. Address: P.O. Box 99 · Pontiac, IL. 61764

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: c/o HALL; c/o HOVEL; c/o HORTON

   Title: deputy/CORRECTIONAL OFFICERS

   Place of Employment: DIVISION NINE 2650 S. CALIFORNIA AVE. CHICAGO, IL. 60608

  B. Defendant: TYLER BROWN

   Title: INMATE

   Place of Employment: (N/A) JAILED AT: 2650 S. CALIFORNIA AVE. CHICAGO, IL. 60608

  C. Defendant: ___

   Title: ___

   Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 07-740-WDS

B. Approximate date of filing lawsuit: 10-22-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DONALD MASCIO

D. List all defendants: M. Redman; J. Kidd; M. Edwards; E. Holt and other unknown defendants

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DIST. CRT. - SOUTHERN DIST. OF IL, BENTON DIVISION

F. Name of judge to whom case was assigned: HONORABLE Judge (Mr.) WILLIAM D. STIEHL

G. Basic claim made: DOUBLE JEOPARDY PRINCIPLES ASSULTED, STATE AND FEDERAL CIVIL RIGHTS VIOLATIONS, ECT..

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: 11-09

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 7-20-06 I WAS ATTACKED BY RESIDENT TYLER BROWN WHILE AT THE COOK CO. JAIL (I WAS LATER SENTENCED FOR ROBBERY ON 9-11-06). DEFENDANT TYLER BROWN HAD NO REASON TO BE ASSIGNED TO BE ON THE "MEDICAL DECK" (DIVISION 9-2A), FOR THE "MEDICAL DECK" IS FOR RESIDENTS ON PSYCHOTROPHIC MEDICATION, PHYSICAL THERAPY, ect.. ABOUT 2:30 PM AT LOCKUP TIME, RESIDENT BROWN SPIT IN MY FACE (WHEN THE CO LET THEM OUT FOR A SHOWER) TYLER AND HIS CELLIE "C-I" (OF THE CICERO INSANES) CONSPIRED WITH CO HORTON TO ATTACK ME. CO HORTON ORDERED ALL INMATES OUT OF THEIR CELLS AND I LEFT MY SHIRT IN MY CELL, BUT CO HORTON ACTED STRANGE & BEGAN TO IGNORE ME, BEING AWARE OF WHAT WAS ABOUT TO HAPPEN. I DISCUSSED THESE EVENTS WITH MY 'CELLIE' (JOSE SALSADO) WHILE IN THE SHOWER AREA AND I TOLD HIM THAT DEFENDANT BROWN ("GHOST" OF THE UNKNOWN VICE-LORDS) HAD DISRESPECTED ME AND SPIT IN MY FACE. BROWN THEN TOLD ME TO LICK THE SPIT OFF MY FACE AND I'D LIKE IT AND HE BEGAN TO LAUGH. JOSE ALSO KNEW THAT

4

Brown was going to attack me so he got the cell door locked behind him by c/o's Horton & Halvo. While I was talking to Jose, Halvo called another inmate (David) out for an "fake" attorney visit, then Halvo called out into the hallway my 'cellie' Jose and they began talking. Not aware of my surroundings and the pending attack, when my cellie left the shower area, Resident/Defendant Brown attacked me while c/o Horton was asleep in the guard tower. I did see Halvo & my cellie and David talking together (although he (convict) was suppose to be on a visit). During Brown's attack on me he cut my nose and upper lip when he ran upon me, asking me if 'I'm ready now.' The aftermath was so bad (that I was so dazed) that when c/o Hall came on the scene that she said (what happened) that well just write down that I walked into a wall (thus conspiring to cover-up the premeditated attack and thus conspiring to violate my state and civil rights to be free from the intentional sadistical & malicious affliction of pain and suffering and mental anguish that I endured during (and following) this attack. This was also failure to protect as stated by law

5                                    Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. TO CRIMINALLY CHARGE TYLER BROWN FOR the ATTACK ON ME (FOR I WAS dazed And never Able to Retaliate And defend myself.
B. TO SUE THE OTHER 3- defendants FOR $125,000 IN PuNAtive, NOMINAL ANd compensatory damages (JoiNtLY ANd SEVERLY) FOR their Roles IN The stated VIOLAtioNs And to Receive ANY other Relief This court sees Just And Fit.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __Feburay__, 20_08_

X __Donald Mascio__
(Signature of plaintiff or plaintiffs)

__DONALD MASCIO__
(Print name)

__B15769__
(I.D. Number)

__Pontiac C.C. P.O. Box 99__
__Pontiac, IL. 61764__
(Address)

6                                               Revised 9/2007

## AFFIDAVIT OF SERVICE

I, Donald Mascio, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at Pontiac Correctional Center, Pontiac Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this 4th day of April, 20 08.

_Donald Mascio_
Signature

## VERIFICATION

I, Donald Mascio, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_Donald Mascio_
(Your signature)

IN THE

OFFICE OF THE UNITED STATES DISTRICT COURT

UNITED STATES COURT HOUSE NORTHERN EASTERN DIST.

Donald Mascio
Plaintiff/Petitioner )
)
)
Vs. )
Correctional Officer C/O Hall, ) No. _____
C/O Horton, C/O Hovel, Tyler Brown )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk Michael W. Dobbins          TO: _____
United States Dist. Court                  _____
219 South Dearborn Street                  _____
Chicago Ill. 60604                         _____

PLEASE TAKE NOTICE that on **April 14**, 200**8**, I placed the documents listed below in the institutional mail at **Pontiac** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service **42 U.S.C. Compliant under the Civil Rights Act.**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: **April 14, 2008**

/s/ *Donald Mascio*
Name: **Donald Mascio**
IDOC No. **B15769**
**Pontiac** Correctional Ctr.
POB **99**
**Pontiac**, IL **61764**