

STATEMENT OF FACTS &
CHANGE OF ADDRESS CASE NO. 08 C 2262

Graham con. ct did violate my due process law and the 14TH amendment law by Right. By not allowing me proper access to the courts of Legal Law service or photo copies. This is a direct violation and readurence to my court properly address the courts in my cases due to the current violations that are taking place at Graham con. ct Legal paper work notary service is also being denied names of everyone involved and job title Law clerk & notary & Law Supervisor and attorney of the Worden of the Graham con. ct assistant attorney General Michael M. Glick counselor M. Wilson Records office unknown. Law clerk Supervisor unknown Law clerk unknow notary Mr. Perkins

**FILED**

AUG 18 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAGE 1

STATEMENT OF FACTS &
CHANGE OF ADDRESS   CASE NO. 08C2262

Pontiac corr. ct did the same Ms. Rich was the Law paralegal and the Law clerk Supervisor Mark Spencer did not give me legal copies or send my Legal pauperis to the Courts when I had deadlines, as well as Menard C.C. the Law library paralegal would not give grievances or copies or notary for deadlines. Fayette County Jail the Clerk would not send Reselch to plaintiff Pro se on request of filing of other law, pauperis motions at the Chief Judge would deny me of my due process law & 14TH Amendment Right. Since i always sent my mail i had known of no problems. The pauperis i sent to Graham c.c. law library were interrogatorys 25 pgs. all lost I was to get them notary and copies for defendants attorney and the clerk of the U.S. Dist Court in Central Dist. also being transfered from prison to prison mixing up mail sending mail back not allowing me to go to court on court writs and to hold M. Mascio in custody unlawfully!

PAGE 2

STATEMENT OF FACTS &
CHANGE OF ADDRESS CASE NO. 08C2262

Finally i arrive at Lawrence c.c. and sent request slips for Law Library, dead lines on interrogatory and change of address for the courts. So they as well pourtre the same as all the other far mention Facilitys over two weeks that they denied me of my due process law & 14th amendment Right. That i only have seven days to notify courts of change of address & other court paupers.

Subscribed and Sworn to Before me this
12th Day of August 2008

_Sharon L. McCorkle_
Notary Public

Respectfully Submitted
_Donald Mascio_

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

PAGE 3