UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD MASCIO, # B15769 | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2262 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy J. St. Eve |
| CORRECTIONAL OFFICER (c/o) HALL, | ) | |
| C/O HORTON, C/O HOVEL, TYLER BROWN | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:** Donald Mascio B -15769
Pontiac – Pon
P.O. Box 99
Pontiac, IL 61764

    PLEASE TAKE NOTICE that on the August 21, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Answer to Plaintiffs Complaint.

                                            Respectfully Submitted,
                                            RICHARD A. DEVINE
                                            State's Attorney of Cook County

                         By:    /s/Michael A. Kuczwara Jr.
                                Michael A. Kuczwara Jr.
                                500 Richard J. Daley Center
                                Chicago, Illinois 60602
                                (312) 603-3233

### CERTIFICATE OF SERVICE

    I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on August 21, 2008.

                                            /s/Michael A. Kuczwara Jr.
                                            Michael A. Kuczwara Jr.