UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Donald Mascio
                    Plaintiff,

v.                                    Case No.: 1:08−cv−02262
                                          Honorable Amy J. St. Eve

Officer Hall, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 9/3/2008 and continued to 10/15/08 at 8:30 a.m. Defendants' counsel states on the record that he will accept service for Officer Hall. Officer Hall to answer or otherwise plead by 10/3/08. Rule 26(a)(1) disclosures by 10/3/08. Written discovery to be issued by 10/17/08. Fact discovery to be completed by 1/9/09. Defendants' counsel is to make arrangements for plaintiff to appear via telephone for the next status hearing and should provide the courtroom deputy, 312/435−5879, with a contact number by 4:00 p.m. on 10/14/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.